IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2008

Charles R. Fulbruge III
Clerk

No. 07-20723

ROBERT ALPERT

Plaintiff - Appellee

v.

THE BENNET LAW FIRM, PC

Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston
No. 4:06-CV-1642

Before JONES, Chief Judge, and OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Cir. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.